UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TARA STEPHANI,

    Plaintiff,

    v.                          Case No. 21-C-458

JC SOLUTIONS and
JEFFREY T. CUMMINGS,

    Defendants.

## ORDER

Plaintiff Tara Stephani filed this action against Defendants J.C. Solutions and Jeffrey Cummings, alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and Wisconsin's Wage Payment and Collection Laws. Cummings is representing himself and his sole proprietorship. On February 15, 2022, Plaintiff filed a motion for summary judgment. The Court notes that Civil Local Rule 56(a) requires that a party filing a motion for summary judgment against a *pro se* party include the text to Federal Rule of Civil Procedure 56(c), (d), and (e); Civil Local Rule 56(a) and (b); and Civil Local Rule 7 with the motion. *See* Civil L.R. 56(a)(1)(B). Because Plaintiff has failed to give Defendants the notice required by the local rules, the Court directs Plaintiff to provide Defendants with the proper notice. Defendants will be required to respond to the motion for summary judgment within 30 days after receiving the notice from Plaintiff.

**SO ORDERED** at Green Bay, Wisconsin this 18th day of March, 2022.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge