# United States District Court

EASTERN DISTRICT OF WISCONSIN

TARA STEPHANI,

    Plaintiff,

  v.

**JUDGMENT IN A CIVIL CASE**
Case No. 21-C-458

JC SOLUTIONS and
JEFFERY T. CUMMINGS,

    Defendants.

---

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒  **Decision by Court.** This action came before the Court for consideration.

  **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Tara Stephani and against Defendants JC Solutions and Jeffery T. Cummings. Plaintiff is entitled to judgment in the amount of $46,407.21 plus an award of reasonable attorneys' fees and costs.

          Approved: s/ William C. Griesbach
               WILLIAM C. GRIESBACH
               United States District Judge

Dated:  June 15, 2022

               GINA M. COLLETTI
               Clerk of Court

               s/ Mara A. Corpus
               (By) Deputy Clerk